In the Matter of VIRGINIA REPPER, on Behalf of Herself and All Other Residents and Property Owners in Harbor Island, Island Park, Nassau County, Similarly Situated, Appellant, against A. HOLLY PATTERSON et al., Constituting the Town Board of the Town of Hempstead, Respondents, and OIL PRODUCTS, INC., et al., Interveners, Respondents.— Proceeding under article 78 of the

Civil Practice Act to compel the town board of the town of Hempstead to consent to a petition for annexation of territory to the adjoining village of Island Park, pursuant to section 348 of the Village Law. Order denying and dismissing petition unanimously affirmed, with $50 costs and disbursements. No opinion. Present — Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See *post*, p. 895.]